1  ANDRÉ BIROTTE JR.
   United States Attorney
2  SANDRA R. BROWN
   Assistant United States Attorney
3  Chief, Tax Division
   TAMAR KOUYOUMJIAN (CA SBN 254148)
4  Assistant United States Attorney
     Room 7211, Federal Building
5    300 North Los Angeles Street
     Los Angeles, California  90012
6    Telephone:  (213) 894-7388
     Facsimile:  (213) 894-0115
7    Email: tamar.kouyoumjian@usdoj.gov

8  Attorneys for United States of America

9
                 UNITED STATES DISTRICT COURT
10
                CENTRAL DISTRICT OF CALIFORNIA
11
                     SOUTHERN DIVISION
12

13  UNITED STATES OF AMERICA,        )  Case No. SACV11-1800 AG (RNBx)
                                      )
14                  Petitioner,       )
                                      )  [PROPOSED] ORDER TO SHOW CAUSE
15        vs.                         )
                                      )
16  MICHAEL MORALES,                  )
                                      )
17                                    )
                    Respondent.       )
18                                    )

19        Upon the Petition and supporting Memorandum of Points and

20  Authorities, and the supporting Declaration to the Petition, the

21  Court finds that Petitioner has established its *prima facie* case

22  for judicial enforcement of the subject Internal Revenue Service

23  ("IRS" and "Service") summons. *See* United States v. Powell, 379

24  U.S. 48, 57-58, 85 S.Ct. 248, 13 L.Ed.2d 112 (1964); *see also*

25  Crystal v. United States, 172 F.3d 1141, 1143-1144 (9th Cir.

26  1999); United States v. Jose, 131 F.3d 1325, 1327 (9th Cir.

27  1997); Fortney v. United States, 59 F.3d 117, 119-120 (9th Cir.

28
                                1

1  1995) (the Government's *prima facie* case is typically made

2  through the sworn declaration of the IRS agent who issued the

3  summons); *accord*, <u>United States v. Gilleran</u>, 992 F.2d 232, 233

4  (9th cir. 1993).

5      **THEREFORE, IT IS ORDERED** that Respondent appear before this

6  District Court of the United States for the Central District of

7  California in Courtroom No. **10D**,

8  ____   United States Courthouse
           312 North Spring Street,
9          Los Angeles, California 90012

10

11  ____   Roybal Federal Building and United States Courthouse
           255 E. Temple Street,
12         Los Angeles, California 90012

13

14  __X__   Ronald Reagan Federal Building and United States Courthouse
            411 West Fourth Street,
15          Santa Ana, California 92701

16

17  ____   Brown Federal Building and United States Courthouse
           3470 Twelfth Street, Riverside, California 92501
18

19  on **February 6, 2012**, at 10:00 a.m.

20  and show cause why the testimony and production of books, papers,

21  records and other data demanded in the subject Internal Revenue

22  Service summons should not be compelled.

23      **IT IS FURTHER ORDERED** that copies of this Order, the

24  Petition, Memorandum of Points and Authorities, and accompanying

25  Declaration be served promptly upon Respondent by any employee of

26  the Internal Revenue Service or by the United States Attorney's

27  Office, by personal delivery, or by leaving copies of each of the

28  foregoing documents at the Respondent's dwelling or usual place

1  of abode with someone of suitable age and discretion who resides
2  there, or by certified mail.
3      **IT IS FURTHER ORDERED** that within ten (10) days after
4  service upon Respondent of the herein described documents,
5  Respondent shall file and serve a written response, supported by
6  appropriate sworn statements, as well as any desired motions.
7  If, prior to the return date of this Order, Respondent files a
8  response with the Court stating that Respondent does not desire
9  to oppose the relief sought in the Petition, nor wish to make an
10 appearance, then the appearance of Respondent at any hearing
11 pursuant to this Order to Show Cause is excused, and Respondent
12 shall be deemed to have complied with the requirements of this
13 Order.
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

3

1    **IT IS FURTHER ORDERED** that all motions and issues raised by

2    the pleadings will be considered on the return date of this

3    Order.   Only those issues raised by motion or brought into

4    controversy by the responsive pleadings and supported by sworn

5    statements filed within ten (10) days after service of the herein

6    described documents will be considered by the Court.   All

7    allegations in the Petition not contested by such responsive

8    pleadings or by sworn statements will be deemed admitted.

9

10   DATED: Dec .2, 2011

11                              United States District Judge

12   Presented By:

13   ANDRÉ BIROTTE JR.
     United States Attorney
14   SANDRA R. BROWN
     Assistant United States Attorney
15   Chief, Tax Division

16

17

18   TAMAR KOUYOUMJIAN
     Assistant United States Attorney
     Attorneys for United States of America
19   Petitioner

20

21

22

23

24

25

26

27

28

                                4